MICHAEL BLESSINGTON, as Administrator of the Estate of MICHAEL BLESS-INGTON, JR., Deceased, Appellant, v. McCRORY STORES CORPORATION et al., Respondents, and M. A. HENRY Co. INC., Defendant and Third-Party Plaintiff. E. I. DU PONT DE NEMOURS & COMPANY, Third-Party Defendant.— No opinion. The appeals from alleged orders of April 26, 1950, denying motions for leave to reargue motions of certain defendants to dismiss the second and third causes of action and plaintiff's motion to amend his amended complaint by adding a fourth cause of action are dismissed, without costs. Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ. [198 Misc. 291.]

MURRAY EHRENHAUS, Respondent, v. ARBY ALPER et al., Appellants.— No opinion. Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur.

EUGENE C. GATELY et al., Respondents, v. CITY OF NEW YORK et al., Appellant, et al., Defendants.— Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur.